# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANNA FISCHER,
individually and on behalf of all those
similarly situated,

                          Plaintiff,

      v.

1300 BROOKHAVEN, LLC, a Delaware
limited liability company; and
CORKCICLE CAPITAL GROUP, LLC,
a Florida limited liability company,

                    Defendants.

Case No. 2:25-cv-10568-AS

[~~PROPOSED~~] ORDER ON
STIPULATION TO FURTHER
EXTEND TIME TO RESPOND TO
AMENDED COMPLAINT

Complaint Filed: November 3, 2025
FAC Filed: February 18, 2026
Current Response Date: April 22, 2026
New Response Date: May 7, 2026

    **IT IS HEREBY ORDERED** that pursuant to the Parties' stipulation and good cause appearing, Defendant shall have until May 7, 2026, to respond to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

DATED:  April 23, 2026

                              _____/ s / Sagar_____
                              The Honorable Alka Sagar
                              United States Magistrate Judge