JAIKARAN SINGH, CA Bar No. 201355
jsingh@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130
TELEPHONE: (858) 847-6700

Attorney for Defendant
**CORKCICLE CAPITAL GROUP, LLC**

KEVIN J. COLE, CA Bar No. 321555
kevin@kjclawgroup.com
W. BLAIR CASTLE, CA Bar No. 354085
blair@kjclawgroup.com
**KJC LAW GROUP, A.P.C.**
9701 WILSHIRE BLVD., SUITE 1000
BEVERLY HILLS, CA 90212
TELEPHONE: (310) 861-7797

Attorney for Plaintiff
**ANNA FISCHER**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA FISCHER, individually and on behalf of all those similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>1300 BROOKHAVEN, LLC, a Delaware limited liability company; and CORKCICLE CAPITAL GROUP, LLC, a Florida limited liability company,<br><br>              Defendants. | Case No. 2:25-cv-10568-AS<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Complaint Filed: November 3, 2025<br>FAC Filed: February 18, 2026<br>Current Response Date: May 7, 2026<br>New Response Date: May 22, 2026 |

**IT IS HEREBY ORDERED** that pursuant to the Parties' stipulation and good cause appearing, Defendant shall have until May 22, 2026, to respond to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

DATED: May 6, 2026

/ s / Sagar

The Honorable Alka Sagar
United States Magistrate Judge

[PROPOSED] ORDER ON STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

-2-                    Case No. 2:25-cv-10568-AS